UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JOHNNIE LEE JORDAN, JR,**

    **Plaintiff,**

vs.                          Case No. 3:22cv5101/MCR/ZCB

**BRITTNEY SEXTON**
**CLASSIFICATION OFFICER, et al.,**

    **Defendants.**
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on May 17, 2022. ECF No. 7. The Court furnished plaintiff with a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has considered the timely filed objections, ECF No. 11.

Having considered the Report and Recommendation, and the timely filed objections thereto, the Court has determined the Report and Recommendation should be adopted.

Accordingly:

1. The magistrate judge's Report and Recommendation, ECF No. 7, is adopted and incorporated by reference in this order, and the objections are **OVERRULED**.

2. Plaintiff's motion for preliminary injunctive relief, ECF No. 6, is **DENIED.**

3. The clerk is directed to refer this case to the assigned magistrate judge for further proceedings.

**DONE AND ORDERED** this 15th day of June 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**