UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHNNIE LEE JORDAN, JR.,
    Plaintiff,

vs.                              Case No.:  3:22cv5101/MCR/ZCB

BRITTNEY SEXTON, et al.,
    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on July 8, 2022. (Doc. 21). The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections. *See* ECF No. 24.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 21) is adopted and incorporated by reference in this order.

2. Plaintiff's motion for preliminary injunctive relief (Doc. 16) is **DENIED**.

3. Plaintiff's "Motion to Ask the Honorable Court to Accept and Review Declaration," (Doc. 25), is **GRANTED** only to the extent that the Court has considered the attached Declaration in ruling on Plaintiff's motion for preliminary injunction and finds it does not alter the decision.

**DONE AND ORDERED** this 27th day of September 2022.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**