UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHNNIE LEE JORDAN, JR.,

    Plaintiff,

vs.                                       Case No.:  3:22cv5101/MCR/ZCB

BRITTNEY SEXTON, et al.,

    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on October 6, 2022. (Doc. 33). The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 33) is adopted and incorporated by reference in this order.

2. Plaintiff's Third Motion for Preliminary Injunction (Doc. 26) is **DENIED**.

**DONE AND ORDERED** this 8th day of December 2022.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**