UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHNNIE LEE JORDAN, JR.,
    Plaintiff,

v.                                             Case No.: 3:22cv5101/MCR/ZCB

BRITTNEY SEXTON, et al.,
    Defendants.
_____/

## **ORDER**

The Magistrate Judge issued a Report and Recommendation on June 27 2023. (Doc. 105). The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 105) is adopted and incorporated by reference in this order.

1

2. Plaintiff's "Motion[s] to Address the Court" (Doc. 103 & 111), construed as motions for preliminary injunctive relief, are **DENIED**.

**DONE AND ORDERED** this 21st day of August 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**