UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHNNIE LEE JORDAN, JR.,
    Plaintiff,

vs.                                          Case No.:  3:22cv5101/MCR/ZCB

BRITTNEY SEXTON, et al.,
    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on August 9, 2024.  (Doc. 188).  The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 188) is adopted and incorporated by reference in this order.

2.    Defendants' Motion for Summary Judgment (Doc. 85) is **GRANTED**;

3. Plaintiff's Motion for Summary Judgment (Doc. 206), Plaintiff's Motion for Leave to Amend Motion for Summary Judgment (Doc. 209), Plaintiff's Motion to Strike (ECF 212), and Plaintiff's Motion to Request Copy (Doc 213) are **DENIED** as moot.

4. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 17th day of December 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**